In the Matter of the Claim of GERALD J. WITTEN, Respondent, v. SARGOY & STEIN et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

618

Present — Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ.